Ignacio E. Castillo, Jr. ("Castillo") appeals from a final decision of the United States Court of Appeals for Veterans Claims ("Veterans Court") affirming the Board of Veterans' Appeals' ("the Board") decision granting him a 30% initial disability rating. *See Ignacio E. Castillo, Jr. v. Robert A. McDonald, Secretary of Veterans Affairs,* No. 14-1498, 2015 WL 6605543 (Vet. App. Oct. 30, 2015).

The scope of our review in an appeal from the Veterans Court is limited. We may review the validity of a decision with respect to a rule of a law or interpretation of a statute or regulation that was relied upon by the Veterans Court in making its decision. 38 U.S.C. § 7292(a) (2002). Except with respect to constitutional issues, this Court "may not review (A) a challenge to a factual determination, or (B) a challenge to a law or regulation as applied to the facts of a particular case." *Id.* at § 7292(d)(2).

Despite Castillo's attempts to frame his arguments as legal challenges, his appeal, at its core, seeks to impermissibly challenge the Board's application of law to the facts of his case. Thus, the appeal is dismissed for lack of jurisdiction.

**DISMISSED**

**ETHOX CHEMICALS LLC, James Tanner, Plaintiffs-Appellants**

v.

**COCA-COLA COMPANY, Defendant-Cross-Appellant**

**2016-1786**
**2016-1845**

United States Court of Appeals, Federal Circuit.

April 10, 2017

PHILIP L. HIRSCHHORN, Buchanan Ingersoll & Rooney PC, New York, NY, argued for plaintiffs-appellants. Also represented by ERIN M. DUNSTON, Alexandria, VA.

JOHN D. GARRETSON, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for defendant-cross-appellant. Also represented by BASIL TRENT WEBB, ANGELA DAWN MITCHELL, CHRISTINE A. GUASTELLO.

(Wallach, Clevenger, and Schall, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**